Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-13429-G

Caption:
Dane Butzer v. Hypersphere Technologies, Inc., et al

District and Division: Northern District of Georgia, Atlanta Division
Name of Judge: Hon. J. P. Boulee
Nature of Suit: copyright infringement

Date Complaint Filed: June 18, 2025
District Court Docket Number: 1:25-cv-05736

Date Notice of Appeal Filed: September 23, 2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ______
(b) Citation: ______
(c) Docket Number: ______

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | John M. Skeriotis<br>Sergey Vernyuk | Emerson, Thomson & Bennett, LLC<br>1914 Akron-Peninsula Road<br>Akron, OH 44313 | Phone: 330-434-9999<br>Fax: 330-434-8888<br>Email:<br>jms@etblaw.com<br>sv@etblaw.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Steven M. Kushner | Fellows LaBriola LLP<br>233 Peachtree St NE<br>Suite 2400<br>Atlanta, GA 30303 | Phone: 404-586-2041<br>Fax: 404-586-9201<br>Email:<br>skushner@fellab.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $______ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $______ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 0 to ______ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ Preliminary ☐ Granted |
| | | ☐ Injunction | ☐ Permanent ☐ Denied |
| | | ☐ Other ______ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute ______
(b) Citation ______
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☑ Yes ☐ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:
MacPhee v. MiMedx Grp., Inc., 73 F.4th 1220 (11th Cir. 2023) recognized "tension" in this Circuit's law on the proper standard to evaluate a post-judgment motion for leave to amend but did not resolve it en banc. MacPhee instead ruled that Czeremcha (the earliest case) should apply. However, MacPhee applied a stricter standard to a post-judgment motion to amend than Czeremcha did.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

a. Whether Plaintiff's Complaint plausibly stated a claim for relief;
b. Whether the District Court should have granted Plaintiff an opportunity to amend the Complaint before dismissing it with prejudice and closing the case;
c. Whether the District Court should have reopened the case and permitted Plaintiff to file an amended Complaint;
d. Whether the dismissal (if proper) should have been without prejudice; and
e. Potentially other issues to be identified during briefing.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 8th DAY OF October, 2026.

Sergey Vernyuk
NAME OF COUNSEL (Print)

/s/ Sergey Vernyuk
SIGNATURE OF COUNSEL