Appeal No. 26-13429-G

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DANE C. BUTZER,

Appellant,

v.

HYPERSPHERE TECHNOLOGIES, INC.,
JAMES DECESARE, and TODD MILLER,

Appellees.

On Appeal from the United States District Court
For the Northern District of Georgia

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS

Steven M. Kushner
Georgia Bar No. 430510
Erich Ritter
Georgia Bar No. 601728
FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303-1731
(404) 586-9200

*Attorneys for Appellees HyperSphere Technologies, Inc., James DeCesare, and Todd Miller*

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-1 through 26.1-3, Appellees HyperSphere Technologies, Inc., James DeCesare, and Todd Miller hereby submit the following Certificate of Interested Persons and Corporate Disclosure Statement and certify that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party in this case:

1. Alex Bartko Law, LLC
2. Arnold & Clifford LLP
3. Bartko, Alexander Joseph
4. Boulee, The Honorable J. P.
5. Butzer, Dane C.
6. DeCesare, James
7. Dillard, Michael
8. Emerson, Thomson & Bennett, LLC

9. Fellows LaBriola LLP
10. Gosnell, Gerhardt A., II
11. Graham, The Honorable James L.
12. HyperSphere Technologies, Inc.
13. Jolson, The Honorable Kimberly A.
14. Kushner, Steven M.
15. Miller, Todd
16. Ritter, Erich
17. Skeriotis, John M.
18. Vernyuk, Sergey

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Appellee HyperSphere Technologies, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Pursuant to 11th Circuit Rule 26.1-3(b), counsel for Appellees certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Respectfully submitted, this 14th day of October, 2026.

**FELLOWS LABRIOLA LLP**

*s/ Steven M. Kushner*
Steven M. Kushner
Georgia Bar No. 430510
skushner@fellab.com
Erich S. Ritter
Georgia Bar No. 601728
eritter@fellab.com

Peachtree Center
Suite 2400, Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303-1731
(404) 586-9200

*Attorneys for Appellees HyperSphere Technologies, Inc., James DeCesare, and Todd Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record.

This 14th day of October, 2026.

*s/ Steven M. Kushner*
Steven M. Kushner